UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Donald A. Thomas, Jr.,

        Plaintiff,

vs.

Michael J. Astrue, Commissioner
of Social Security,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 07-3313 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Plaintiff's Motion [Docket No. 10] for Summary Judgment is denied.

2. That the Defendant's Motion [Docket No. 17] for Summary Judgment is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 25, 2008　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　United States District Judge